| | | |
|---|---|---|
| CAAP–11–00 00430 | Dickie v. State | Affirmed |
| CAAP–11–00 00702 | State v. Spearman | Vacated and Remanded |

## June 28, 2012

| | | |
|---|---|---|
| 30747 | Jones v. Van Balen | Affirmed |
| CAAP–11–00 00378 | State v. Keener | Affirmed |
| CAAP–11–00 00482 | State v. Medeiros | Affirmed |

## June 29, 2012

| | | |
|---|---|---|
| CAAP–10–00 00172 | Bailey v. Duvauchelle | Affirmed |
| CAAP–11–00 00079 | OneWest Bank FSB v. Hoilien | Affirmed |
| CAAP–11–00 00089 | State v. Kaulia | Affirmed, Vacated and Remanded |
| CAAP–11–00 00451 | State v. Pali | Affirmed |
| CAAP–11–00 00127 | State v. Tongg | Affirmed |